# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| WILSON MENDEZ, ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2005-0165 |
| v. ) | |
| ) | |
| COASTAL SYSTEMS DEVELOPMENT, ) | |
| INC. ) | |
| Defendants. ) | |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on the Motion to Dismiss filed by Defendant Coastal Systems Development, Inc. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

      **ORDERED** that the Motion to Dismiss is **GRANTED** in part and **DENIED** in part. All counts except for count II for breach of the duty of good faith and fair dealing are dismissed.

      **ENTERED this 11 day of December, 2007.**

                                               /s/
                             **HONORABLE RAYMOND L. FINCH**
                             **U.S. DISTRICT JUDGE**