# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| WILSON MENDEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 2005-0165 |
| v. ) | |
| ) | |
| COASTAL SYSTEMS DEVELOPMENT, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Motion to Strike Tort Damages filed by Defendant Coastal Systems Development, Inc. Plaintiff, Wilson Mendez, opposes such motion. After careful consideration, the Court finds that any damages which Plaintiff may be entitled to recover are contractual in nature. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Strike Tort Damages is **GRANTED**; and it is further **ORDERED** that Defendant's Motion to Deem Conceded Defendant's Motion to Strike Tort Damages is **DISMISSED**.

ENTERED this 20th day of May, 2008.

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

1