# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| WILSON MENDEZ, | |
| Plaintiff, | 2005-CV-0165 |
| v. | |
| COASTAL SYSTEMS DEVELOPMENT INC., | |
| Defendant. | |

TO:   Lee J. Rohn, Esq.
      Yolan C. Brow, Esq.

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Supplemental Responses (Docket No. 72).  Defendant filed an opposition to said motion.  This order is issued without the necessity of reply.

Being satisfied in the premises and upon due consideration thereof, the Court makes the following findings and conclusions.

Interrogatory No. 11:    The requested information is not relevant to Plaintiff's only surviving claim.  No further response is required.

*Wilson Mendez v. Coastal Systems Development, Inc.*
2005-CV-0165
Order Regarding Plaintiff's Motion to Compel
Page 2

<u>Interrogatory No. 12</u>: The requested information is not relevant to Plaintiff's only surviving claim. No further response is required.

<u>Interrogatory No. 19</u>: The requested information is not relevant to Plaintiff's only surviving claim. No further response is required.

<u>Interrogatory No. 20</u>: The requested information is not relevant to Plaintiff's only surviving claim. No further response is required.

<u>Interrogatory No. 23</u>: Defendant shall supplement with any currently known facts.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion to Compel Supplemental Responses (Docket No. 72) is **GRANTED IN PART AND DENIED IN PART**.

2. Defendant shall, within ten (10) days from the date of entry of this order, serve upon counsel for Plaintiff its supplemental response to Interrogatory No. 23 as more fully described hereinabove.

ENTER:

Dated: July 29, 2008                              /s/
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE